HANSON BRIDGETT LLP
Michael F. Donner (SBN 155944)
Anthony J. Dutra (SBN 277706)
425 Market Street, 26th Floor
San Francisco, California 94105
Telephone:   (415) 777-3200
Facsimile:   (415) 541-9366
Email:  mdonner@hansonbridgett.com
            adutra@hansonbridgett.com

Attorneys for Defendant
ALLAN & ASSOCIATES LIMITED
and Specially-Appearing Defendants
A2 GLOBAL RISK LIMITED
 and BRADLEY JAMES ALLAN

LATHAM & WATKINS LLP
Melanie M. Blunschi (SBN 234264)
Elizabeth C. Gettinger (SBN 307683)
505 Montgomery Street, Suite 2000
San Francisco, California 94111
Telephone:   (415) 391-0600
Facsimile:   (415) 395-8095
Email:  melanie.blunschi@lw.com
            elizabeth.gettinger@lw.com

Attorneys for Plaintiff
APPLE INC.

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### SAN JOSE DIVISION

| | |
|---|---|
| APPLE INC., <br><br>         Plaintiff, <br><br>    v. <br><br> ALLAN & ASSOCIATES LIMITED, A2 GLOBAL RISK LIMITED, BRADLEY JAMES ALLAN, and DOES 1-100, inclusive, <br><br>         Defendants. | Case No. 5:19-cv-08372-NC <br><br> **STIPULATION TO EXTEND RESPONSIVE PLEADING FILING DEADLINE; AND PROPOSED ORDER THEREON** <br><br> [Removed from Santa Clara County Superior Court Case No. 19CV358715] |

1
STIPULATION TO EXTEND RESPONSIVE PLEADING FILING DEADLINE & PROPOSED ORDER THEREON

Plaintiff Apple Inc., a California corporation ("Plaintiff"), Defendant Allan & Associates Limited, a Hong Kong private limited company ("Defendant"), and Specially-Appearing Defendants A2 Global Risk Limited, a British private limited company, and Bradley James Allan, an individual (collectively with Defendant, "Defendants"), by and through their respective counsel of record, hereby stipulate as follows:

WHEREAS, on November 15, 2019, Plaintiff commenced an action against Defendants in the California Superior Court for Santa Clara County entitled, *Apple, Inc. v. Allan & Associates Limited, et al.*, Case No. 19CV358715.

WHEREAS, on December 23, 2019, Defendant filed a Notice of Removal of the state court action to the United States District Court for the Northern District of California, San Jose Division, pursuant to 28 U.S.C. Sections 1332, 1441 and 1446.

WHEREAS, Defendants intend to file a motion or motions to dismiss the Complaint, but their deadline to do so is December 31, 2019.

WHEREAS, in light of the holidays and pre-existing travel plans over the same period, Defendants will require additional time to confer with Plaintiff about the nature and substance of their proposed motion and to prepare and file their motion(s).

WHEREAS, the parties agree to the following briefing schedule:

1. Defendants' deadline to respond to the Complaint shall be January 17, 2020;
2. Apple's deadline to file its opposition to Defendants' motion(s) to dismiss shall be February 18, 2020; and
3. Defendants' deadline to file their reply brief(s) in support of their motion(s) to dismiss shall be February 25, 2020.

WHEREAS, the parties agree that the filing of this Stipulation shall not waive the right of any of the Defendants to challenge the jurisdiction of this Court.

WHEREAS, this is the first request to extend the deadline to file a responsive pleading.

1   WHEREAS, the requested extension will not alter any deadlines set by the Court
2   in its Order Setting Initial Case Management Conference and ADR Deadlines (ECF No.
3   4).
4   IT IS SO STIPULATED.

5   DATED:  December 27, 2019                HANSON BRIDGETT LLP

6                                           By: /s/  Michael F. Donner
7                                               Michael F. Donner
                                                Anthony J. Dutra
8                                               Attorneys for Defendant
                                                ALLAN & ASSOCIATES LIMITED
9                                               and Specially-Appearing Defendants
                                                A2 GLOBAL RISK LIMITED and BRADLEY
10                                              JAMES ALLAN

11  DATED:  December 27, 2019                LATHAM & WATKINS LLP
12
                                            By: /s/  Melanie M. Blunschi
13                                              Melanie M. Blunschi
                                                Elizabeth C. Gettinger
14                                              Attorneys for Plaintiff
                                                APPLE INC.
15

16  **FILER'S ATTESTATION**

17  Pursuant to N.D. Cal. L.R. 5-1(i)(3), I, Michael F. Donner, hereby attest that I have
18  obtained the concurrence in the filing of this document from each of the other signatories.

19  DATED:  December 27, 2019                 /s/  Michael F. Donner
                                              MICHAEL F. DONNER
20

21  ///
22  ///
23  ///
24  ///
25  ///
26  ///
27  ///
28

3

## **ORDER**

Based on the foregoing Stipulation, and good cause appearing therefore,

It is hereby ordered that:

1. Defendants' deadline to respond to the Complaint shall be January 17, 2020;

2. Apple's deadline to file its opposition to Defendants' motion(s) to dismiss shall be February 18, 2020; and

3. Defendants' deadline to file their reply brief(s) in support of their motion(s) to dismiss shall be February 25, 2020.

The filing of the above Stipulation shall not waive the right of any of the Defendants to challenge the jurisdiction of this Court.

**IT IS SO ORDERED**.

DATED: _____

HON. NATHANAEL COUSINS
UNITED STATES MAGISTRATE JUDGE