LATHAM & WATKINS LLP
  Melanie M. Blunschi (Bar No. 234264)
  Elizabeth C. Gettinger (Bar No. 307683)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095
*melanie.blunschi@lw.com*
*elizabeth.gettinger@lw.com*

*Attorneys for Plaintiff Apple Inc.*

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| APPLE INC., <br>            Plaintiff, <br><br> v. <br><br> ALLAN & ASSOCIATES LIMITED, A2 GLOBAL RISK LIMITED, BRADLEY JAMES ALLAN, and DOES 1-100, inclusive, <br><br>            Defendants. | Case No. 5:19-cv-08372-EJD <br><br> **PLAINTIFF APPLE INC.'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE** |

LATHAM & WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

PLAINTIFF APPLE INC.'S NOTICE
OF VOLUNTARY DISMISSAL
CASE NO. 19-CV-08372-EJD

PLEASE TAKE NOTICE that, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(i), Plaintiff Apple Inc. hereby voluntarily dismisses the above-captioned action (the "Action") without prejudice. Defendants have filed neither an answer nor a motion for summary judgment in the Action.

Dated: May 6, 2020

Respectfully submitted,

LATHAM & WATKINS LLP

By: /s/ Melanie M. Blunschi
Melanie M. Blunschi (Bar No. 234264)
Elizabeth C. Gettinger (Bar No. 307683)
505 Montgomery Street, Suite 2000
San Francisco, California 94111-6538
Telephone: +1.415.391.0600
Facsimile: +1.415.395.8095
melanie.blunschi@lw.com
elizabeth.gettinger@lw.com

*Attorneys for Plaintiff Apple Inc.*

LATHAM&WATKINS LLP
ATTORNEYS AT LAW
SAN FRANCISCO

1

PLAINTIFF APPLE INC.'S NOTICE
OF VOLUNTARY DISMISSAL
CASE NO. 19-CV-08372-EJD